| AO 10*<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Griffin, Juliet E. | 2. Court or Organization<br><br>Middle District of Tennessee | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge Full | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address |
|---|
| 756 U.S.Courthouse<br>801 Broadway<br>Nashville, TN 37203 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 3/18/13 | Wholesale Property Deal with Aerial Investments, LLC |
| 2. | 9/27/13 | Consulting transaction with Private Seller on Commercial Property |
| 3. | 11/26/13 | Consulting transaction with Freedom Properties, LLC |
| 4. | 12/23/13 | Consulting transaction with Aerial Investments, LLC |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Bank (formerly GreenBank, formerly Cumberland Bank) | Mortgage on Rental Property | M |
| 2. | MasterCard | Credit Card | J |
| 3. | Sallie Mae tuition loan | Educational loan | J |
| 4. | Visa | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD AMERITRADE MAIN ACCOUNT | | | | | | | | | |
| 2. Ford Motor Co. 8.9% | A | Interest | | | Sold | 02/22/13 | J | B | |
| 3. Georgia Pacific 7.25% | A | Interest | | | Sold | 02/22/13 | J | | |
| 4. Cash | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. REAL ESTATE INVETMENT | | | | | | | | | |
| 7. Rental Property No. 1 Davidson County, TN | E | Rent | N | Q | | | | | |
| 8. | | | | | | | | | |
| 9. TD AMERITRADE IRA | | | | | | | | | |
| 10. Money Market | A | Interest | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. TD AMERITRADE ROTH IRA | | | | | | | | | |
| 13. Money Market | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. TD AMERITRADE IRA | | | | | | | | | |
| 16. Money Market | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | TD AMERITRADE ROTH IRA | | | | | | | | | |
| 19. | Money Market | A | Interest | J | T | | | | | |
| 20. | | | | | | | | | | |
| 21. | IRA INNOVATIONS (IRA Administrator for Self Directed IRAs) | | | | | | | | | |
| 22. | Traditional IRA | | | | | | | | | |
| 23. | Money Market (Note 1) | | None | K | T | | 3/01/13 | L | | |
| 24. | Loan to Aerial Investments,LLC | | | | | Buy | 6/5/13 | M | | Aerial Investments, LLC |
| 25. | Loan to Aerial Investments, LLC | D | Interest | | | Matured | 12/18/13 | M | | Aerial Investments, LLC |
| 26. | Loan to Astercor Group, LLC | | | M | T | Buy | 12/30/13 | L | | Astercor Group, LLC |
| 27. | | | | | | | | | | |
| 28. | | | | | | | | | | |
| 29. | IRA INNOVATIONS (IRA Aministrator for Self Directed IRAs) | | None | | | | | | | |
| 30. | Traditional IRA ▒▒▒ | | | | | | | | | |
| 31. | Money Market (Note 2) | | None | J | T | | 3/01/13 | L | | |
| 32. | Loan to Aerial Investments, LLC | | | | | Buy | 3/5/13 | L | | Aerial Investments, LLC |
| 33. | Loan to Aerial Investments, LLC | D | Interest | | | Matured | 9/17/13 | L | | Aerial Invetments, LLC |
| 34. | Loan to Honey Bee Partners, LLC | | | M | T | Buy | 09/30/13 | M | | Honey Bee Partners, LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffin, Juliet E.** | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. IRA INNOVATIONS (IRA Administrator for Self Directed Roth IRA's) | | | | | | | | | |
| 38. Roth IRA | | | | | | | | | |
| 39. Money Market (Note 3) | None | J | T | Open | 12/05/13 | J | | | |
| 40. | | | | | | | | | |
| 41. IRA INNOVATIONS (IRA Administrator for Self Directed Roth IRA's) | | | | | | | | | |
| 42. Roth IRA | | | | | | | | | |
| 43. Money Market (Note 4) | None | J | T | Open | 11/21/13 | J | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Additional cash funds were transferred from the TD Ameritrade account to the IRA Innovations Traditional IRA Account.

Note 2: Additional cash funds transferred from      TD Ameritrade account to his IRA Innovaions Traditional IRA Account.

Note 3: Roth IRA opened in IRA Innovations using combination of funds rolled over from Roth IRA at TD Ameritrade, Distributed Traditional IRA Funds with IRA Innovations, and contributions.

Note 4: Roth IRA      opened in IRA Innovations using combination of funds rolled over from Roth IRA at TD Ameritrade, Distributed Traditional IRA Funds with IRA Innovations, and contributions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Juliet E. Griffin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544